IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02613-RPM

KATHY PUSATORY,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT #60 and
BOARD OF EDUCATION PUEBLO SCHOOL DISTRICT #60,

    Defendants.

---

## ORDER FOR FILING FIRST AMENDED COMPLAINT

---

On May 7, 2008, the plaintiff filed a motion to file her first amended complaint and tendered a first amended complaint. On May 22, 2008, the defendants filed their response objecting to the motion on the ground of futility, asserting that the plaintiff's claim for relief under 42 U.S.C. § 1983 for a First Amendment violation is inadequate as a matter of law because it is based on the script for a play "Untitled" which is not protected speech.

The defendants read the claim too narrowly. The plaintiff has alleged that the motivation to transfer her was based on her academic activity in the creation of the script for the play which was never published or produced and despite her willingness to make changes in it. The claim may not be measured by the conduct of the script itself. The constitutional claim is different from the claim of retaliation for an employee's speech not involving a matter of public concern. The Court has not seen the script and is unable to evaluate the content of it. More importantly, the plaintiff is not claiming freedom to publish or perform that script. She is contending that her

freedom of expression that is measured within the context of academic freedom has been restricted. This Court is unable to say that such a claim would be futile. Accordingly it is

ORDERED that the first amended complaint is ordered filed.

Dated: May 23, 2008

                                          BY THE COURT:

                                          s/ Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge