IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: November 21, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 07-cv-02613-RPM

KATHY PUSATORY,                                    Douglas A. Gradisar

     Plaintiff,

v.

PUEBLO SCHOOL DISTRICT #60 and            James L. Pagano, Jr.
BOARD OF EDUCATION PUEBLO SCHOOL DISCTRICT #60,
     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Defendants' Motion for Reconsideration and Motion to Modify**

**4:00 p.m.**       **Court in session.**

**ORDERED:**     Plaintiff's Motion to Appear By Telephone at Hearing on Defendants' Motion to Modify Scheduling Order and Motion for Reconsideration, filed November 17, 2008 [23], is moot. Counsel present.

Court's preliminary remarks.

4:01 p.m.       Argument by Mr. Pagano.
4:04 p.m.       Argument by Mr. Gradisar.

**ORDERED:**     **Defendants' Motion to Modify Case Management Deadlines Set By The March 12, 2008 Scheduling Order, filed November 11, 2008 [21], is granted in part with respect to the deposition schedule agreement only and denied with respect to all other deadlines.**

4:14 p.m.       Argument by Mr. Pagano.

**ORDERED:**     Defendants' Motion for Reconsideration of October 20, 2008 Ruling, filed October 29, 2008 [20], is denied.

**4:17 p.m.**       **Court in recess.**          Hearing concluded. Total time: 17 min.