Date:                    March 18, 2009
Courtroom Deputy:    J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 07-cv-02613-RPM

KATHY PUSATORY,                                                    Douglas A. Gradisar

         Plaintiff,

v.

PUEBLO SCHOOL DISTRICT #60 and                        Sonja S. McKenzie
BOARD OF EDUCATION PUEBLO SCHOOL DISCTRICT #60,

         Defendants.

_____

**COURTROOM MINUTES**
_____

**Hearing on Defendants' Motion for Summary Judgment**

**2:59 p.m.        Court in session.**

Plaintiff present.

Court's preliminary remarks and states its summary of the case.

3:09 p.m.        Argument by Ms. McKenzie [32].
3:27 p.m.        Argument by Mr. Gradisar.

**ORDERED:    Plaintiff's Motion to Strike the District's Supplement to the District's Brief in Support of Motion for Summary Judgment (Docket Entry #44) or in the Alternative, Plaintiff's Request for Leave of Court to File a "Response" to the District's Supplement, filed January 23, 2009 [45], is granted and the Supplement to the District's Brief in Support of Motion for Summary Judgment doc. [44] is stricken.**

4:06 P.M.        Rebuttal argument by Ms. McKenzie.

Court's makes findings as stated on record.

**ORDERED:    District's Motion for Summary Judgment, December 17, 2008 [32], is granted.**

**ORDERED:    Plaintiff's Unopposed Second Request for Enlargement of Time in Which to Respond to District's Motion for Summary Judgment, filed January 13, 2009 [36], is moot.**

**4:18 p.m.        Court in recess.**        Hearing concluded.  Total time: 1 hr. 19 min.