IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02613-RPM

KATHY PUSATORY,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT #60 and
BOARD OF EDUCATION PUEBLO SCHOOL DISTRICT #60,

    Defendants.

---

## ORDER FOR ENTRY OF JUDGMENT FOR DEFENDANTS

---

Pursuant to the oral findings and conclusions stated by the Court at the conclusion of the hearing held on March 18, 2009, on the defendants' motion for summary judgment, stating the failure of the plaintiff to provide sufficient evidentiary support for her claims for relief, it is

ORDERED that judgment will enter for the defendants, dismissing the plaintiff's claims with an award of costs pursuant to Fed.R.Civ.P. 54(d).

Dated: March 19th, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge