# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02613-RPM

KATHY PUSATORY,

    Plaintiff,

v.

PUEBLO SCHOOL DISTRICT #60, and
BOARD OF EDUCATION PUEBLO SCHOOL DISTRICT #60,

    Defendants.

---

## ORDER GRANTING STIPULATION REGARDING COSTS AND APPEAL RIGHTS

---

    **THIS MATTER**, having come before the Court, the Court having received and reviewed the Parties' Stipulation Regarding Costs and Appeal Rights, and being fully advised in the premises, the Court hereby

    **ORDERS** that the District will waive any and all rights they have to recover costs in this matter pursuant to C.R.C.P. 54(d). The Court further

    **ORDERS** that Plaintiff will waive any and all appeal rights, including those set forth in the Federal Rules of Appellate Procedure, including but not limited to, Federal Rule of Appellate Procedure 3.

**DATED** this 15th, day of April, 2009.

                                                 **BY THE COURT:**

                                                 s/Richard P. Matsch
                                                 _____
                                                 Richard P. Matsch, Senior District Judge